1 **PERRY & SHAPIRO, L.L.P.**
2 3300 N. Central Avenue, #2200
  Phoenix, Arizona 85012
3 (602) 222-5711
  (602) 222-5701 Facsimile
  (847) 627-8802 Facsimile
4 AZNotices@logs.com, e-mail
  Christopher R. Perry, Bar #009801
5 Jason P. Sherman, Bar #019999
  Attorney for MERS as nominee for Chase
6 Home Finance LLC
  [FILE 08-007162 CHE]
7

8              UNITED STATES BANKRUPTCY COURT
                     DISTRICT OF ARIZONA
9
  In re:                                Case # 2:08-bk-15713-GBN
10
  JOSEPH AND REBECCA MARTIN,             Chapter 7 Proceedings
11
          Debtor.
12 ─────────────────────────────
   MERS as nominee for Chase Home          ORDER LIFTING
13 Finance LLC, its assignees and       THE AUTOMATIC STAY
   / or successors in interest,
         Movant,                      Re: Real Property located at
14                                       329 East Backman Street
   v.                                     Queen Creek, AZ 85242
15
   JOSEPH AND REBECCA MARTIN,
16 Debtor, and Chapter 7 Trustee
   Constantino Flores,
         Respondents.
17

18    The court finds that a Motion for Relief From the Automatic

19 Stay and a Notice of Filing of the Motion have been filed with

   the Court and served upon interested parties in the above
20
   captioned matter by MERS as nominee for Chase Home Finance LLC,
21
   ("CHASE"), and that good cause exists to grant the Motion for
22
   Relief;
23

24

ORDER LIFTING AUTOMATIC STAY            PAGE 1            CASE # 2:08-BK-15713-GBN

**THEREFORE, IT IS ORDERED:**

1. CHASE, its assignees or successors-in-interest, is hereby granted relief from all stays against lien enforcement including the automatic stay imposed under 11 U.S.C. § 362 and the automatic injunction of 11 U.S.C. § 524(a) with reference to the real property generally described as 329 East Backman Street, Queen Creek, AZ 85242 and legally described as:

> LOT 362, OF TAYLOR RANCH, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN CABINET F, SLIDE 106.

2. CHASE may begin or continue foreclosure proceedings following applicable law and / or enforce any contract or state law remedies it has against said real property.

3. Should Debtor fail to vacate the Property following foreclosure, CHASE may pursue any legal remedies in state court to remove the Debtor from the Property.

4. Unless and until otherwise ordered, the Automatic Stay imposed against CHASE shall remain lifted under this and any other chapter of the Bankruptcy Code to which this case may convert.

DATED: _____

_____
George B. Nielsen, Jr.
U. S. Bankruptcy Court Judge